# AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Jasmin Cartagena, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in the State of New York, Bronx County. That on the 15th day of January, 2019, I served the within **NOTICE OF REMOVAL-PETITION FOR REMOVAL** on:

To:   Adam S. Bernstein, Esq.
      BUDIN, REISMAN, KUPFERBERG
      & BERNSTEIN, LLP
      *Attorneys for Plaintiff*
      *Soulema Sagne*
      112 Madison Avenue
      New York, New York 10016
      (212) 696-5500

by depositing a true copy of same enclosed in a post-paid properly addressed wrapper for delivery by the United States Postal Service and/or by electronically filing with the New York State Courts Electronic Filing.

_____
JASMIN CARTAGENA

Sworn to before me this
15th day of January, 2019

_____
Notary Public

Richard E Weber Jr.
Notary Public, State of New York
No. 02WE5047987
Qualified in New York County
Commission Exp 8/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Docket No.:
---

SOULEMA SAGNE,

Plaintiff,

- against –

SHIRLEY EXPRESS LLC and RICHARD J. CANTOS,

Defendants.
---

**NOTICE OF REMOVAL-PETITTION FOR REMOVAL**
---

GALLO VITUCCI & KLAR LLP
*Attorneys for Defendants*
**SHIRLEY EXPRESS LLC and RICHARD J. CANTOS**
90 Broad Street, 12TH Floor
New York, New York 10004
Tel: (212) 683-7100
Fax: (212) 683-5555
File No.: **SAGNE NAVT-201830**